✎ AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF  NEVADA

UNITED STATES OF AMERICA

V.

GEORGETTE M. MATEALONA

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER:   2:14-mj-0067-PAL

CHARGING DISTRICTS
CASE NUMBER:   CR 14-00033 JMS

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the   -   District of   Hawaii  ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the   (Not Applicable)  
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)   (As ordered)   on   (As ordered)  .
*Date and Time*

_____
*Signature of Judge*

2/03/2014                                        PEGGY A. LEEN, United States Magistrate Judge
*Date*                                            *Name and Title of Judge*